STATE OF SOUTH DAKOTA, ex rel COOLSAET, Respondent, v. CITY OF VEBLEN, Appellant.

(244 N. W. 125.)

(File No. 7420. Opinion filed September 8, 1932.)

*Otto L. Kaas,* of Britton, for Appellants.
*N. J. Jones,* of Britton, for Respondent.

·PER CURIAM. In this action certified copy of notice of appeal was filed in this court on the 25th day of April, 1932. Since said date, no brief has been filed on behalf of the appellants, nor any other proceedings had herein. Because of the failure to prosecute said appeal or take any further steps therein, the same will be deemed to have been abandoned, and the judgment appealed from is affirmed.

POLLEY, J., not sitting.